# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-3152

_____

| | | |
|---|---|---|
| Melvin Mayweather, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | |
| | * | |
| Lethell Davis; CO-1, Correctional | * | |
| Security Officer, Benton Unit, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| Major Nolan, Chief of Security, | * | District Court for the |
| Benton Unit; Nuby Courtney, Warden, | * | Eastern District of Arkansas. |
| Benton Unit; G. D. Guntharp, | * | [UNPUBLISHED] |
| Assistant Director, Central Office, | * | |
| | * | |
| Defendants, | * | |
| | * | |
| Larry Norris, Director, Arkansas | * | |
| Department of Correction, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: January 7, 1999
Filed: January 13, 1999

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Lethell Davis, a correction officer with the Arkansas Department of Correction, brings this interlocutory appeal from the district court's[1] order denying his motion for summary judgment, on the grounds of qualified immunity, in Melvin Mayweather's lawsuit against him brought under 42 U.S.C. § 1983. Having carefully reviewed the record and the parties' submissions, we conclude that the district court was correct. See Walden v. Carmack, 156 F.3d 861, 868 (8th Cir. 1998) (standard of review). Accordingly, we affirm the order of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.